**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| CLARENCE AITKEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-2119 CM |
| ) | |
| J.E. DUNN CONSTRUCTION ) | |
| COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter comes before the court upon defendant's Motion for Withdrawal of Counsel (Doc. 16). The present motion explains that Courtney M Goddard, of Blackwell Sanders LLP, appeared on behalf of counsel on June 15, 2007, but left the firm of Blackwell Sanders LLP on July 6, 2007. On July 10, 2007, Tracy M. Gullickson of Blackwell Sanders LLP entered an appearance on behalf of defendant.

While defendant has characterized the present motion as a Motion for Withdrawal, defendant has actually substituted counsel. Such substitution does not require an order from the court.

Accordingly,

IT IS THEREFORE ORDERED that defendant's Motion for Withdrawal of Counsel (Doc. 16) is moot.

IT IS SO ORDERED.

Dated this 16th day of July, 2007, at Topeka, Kansas.

  s/ K. Gary Sebelius
K. Gary Sebelius
U. S. Magistrate Judge